# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re: HOLLAND, DANIEL PAUL § Case No. 09-12520
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David A. Rosenberg, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $387,276.00       Assets Exempt: $149,933.50
*(without deducting any secured claims)*

Total Distribution to Claimants: $330,648.45    Claims Discharged
                                                 Without Payment: $508,135.60

Total Expenses of Administration: $32,643.61

3) Total gross receipts of $ 363,292.06 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $363,292.06 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $709,565.71 | $986,019.21 | $317,254.14 | $317,254.14 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 47,108.21 | 32,643.61 | 32,643.61 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 111,425.93 | 516,516.06 | 516,516.06 | 13,394.31 |
| **TOTAL DISBURSEMENTS** | $820,991.64 | $1,549,643.48 | $866,413.81 | $363,292.06 |

4) This case was originally filed under Chapter 13 on February 25, 2009 and it was converted to Chapter 7 on April 13, 2011. The case was pending for 47 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/11/2015                By: /s/David A. Rosenberg, Trustee
                                    Trustee, Bar No.: 10738

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 9716 Salem Mountain Court, Las Vegas, NV 89178 | 1110-000 | 351,291.88 |
| Stipulation for liquidation value | 1129-000 | 12,000.00 |
| Interest Income | 1270-000 | 0.18 |
| **TOTAL GROSS RECEIPTS** | | **$363,292.06** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | DCFS TRUST | 4110-000 | N/A | 44,374.20 | 0.00 | 0.00 |
| 3 | SUNTRUST MORTGAGE INC. | 4110-000 | 403,592.50 | 402,515.73 | 0.00 | 0.00 |
| 6 | BMW FINANCIAL SERVICES | 4110-000 | N/A | 52,888.25 | 0.00 | 0.00 |
| 15 | REAL TIME RESOLUTIONS, INC. | 4110-000 | 33,981.53 | 33,980.45 | 0.00 | 0.00 |
| 17 | RADIANCE CAPITAL, LLC | 4110-000 | N/A | 67,503.22 | 0.00 | 0.00 |
| 18 | RADIANCE CAPITAL, LLC | 4110-000 | N/A | 67,503.22 | 0.00 | 0.00 |
| NTN | NationStar Mortgage | 4110-000 | N/A | 317,254.14 | 317,254.14 | 317,254.14 |
| NOTFILED | Countrywide | 4110-000 | 271,991.68 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$709,565.71** | **$986,019.21** | **$317,254.14** | **$317,254.14** |

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David A. Rosenberg, Trustee | 2100-000 | N/A | 21,414.60 | 6,950.00 | 6,950.00 |
| David A. Rosenberg, Trustee | 2200-000 | N/A | 829.22 | 829.22 | 829.22 |
| International Sureties, LTD. | 2300-000 | N/A | 16.34 | 16.34 | 16.34 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 26.54 | 26.54 | 26.54 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.60 | 25.60 | 25.60 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 26.23 | 26.23 | 26.23 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Rabobank, N.A. | 2600-000 | N/A | 15.51 | 15.51 | 15.51 |
| Rabobank, N.A. | 2600-000 | N/A | 18.30 | 18.30 | 18.30 |
| Rabobank, N.A. | 2600-000 | N/A | 15.50 | 15.50 | 15.50 |
| Rabobank, N.A. | 2600-000 | N/A | 16.03 | 16.03 | 16.03 |
| Rabobank, N.A. | 2600-000 | N/A | 17.66 | 17.66 | 17.66 |
| Rabobank, N.A. | 2600-000 | N/A | 17.08 | 17.08 | 17.08 |
| Rabobank, N.A. | 2600-000 | N/A | 15.41 | 15.41 | 15.41 |
| Rabobank, N.A. | 2600-000 | N/A | 18.13 | 18.13 | 18.13 |
| Rabobank, N.A. | 2600-000 | N/A | 16.46 | 16.46 | 16.46 |
| Stewart Title Company | 2500-000 | N/A | 1,400.00 | 1,400.00 | 1,400.00 |
| Stewart Title Company | 2500-000 | N/A | 338.53 | 338.53 | 338.53 |

**UST Form 101-7-TDR (10/1/2010)**

| Stewart Title Company | 3510-000 | N/A | 10,194.00 | 10,194.00 | 10,194.00 |
| Stewart Title Company | 3510-000 | N/A | 10,194.00 | 10,194.00 | 10,194.00 |
| Stewart Title Company | 2500-000 | N/A | 450.00 | 450.00 | 450.00 |
| Stewart Title Company | 2500-000 | N/A | 49.00 | 49.00 | 49.00 |
| Stewart Title Company | 2500-000 | N/A | 110.00 | 110.00 | 110.00 |
| Stewart Title Company | 2500-000 | N/A | 100.00 | 100.00 | 100.00 |
| Stewart Title Company | 2500-000 | N/A | 18.00 | 18.00 | 18.00 |
| Stewart Title Company | 2500-000 | N/A | 90.00 | 90.00 | 90.00 |
| Stewart Title Company | 2500-000 | N/A | 125.00 | 125.00 | 125.00 |
| Stewart Title Company | 2500-000 | N/A | 160.00 | 160.00 | 160.00 |
| Stewart Title Company | 2500-000 | N/A | 200.00 | 200.00 | 200.00 |
| Stewart Title Company | 2500-000 | N/A | 59.28 | 59.28 | 59.28 |
| Stewart Title Company | 2500-000 | N/A | 89.91 | 89.91 | 89.91 |
| Stewart Title Company | 2500-000 | N/A | 460.02 | 460.02 | 460.02 |
| Rabobank, N.A. | 2600-000 | N/A | 156.77 | 156.77 | 156.77 |
| Rabobank, N.A. | 2600-000 | N/A | 78.36 | 78.36 | 78.36 |
| Rabobank, N.A. | 2600-000 | N/A | 21.73 | 21.73 | 21.73 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $47,108.21 | $32,643.61 | $32,643.61 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | DISCOVER BANK | 7100-000 | 2,931.40 | 3,045.33 | 3,045.33 | 78.97 |
| 4 | CHASE BANK USA NA | 7100-000 | 3,729.49 | 3,698.17 | 3,698.17 | 95.90 |
| 5 -2 | JAMD, LLC, A NEVADA LIMITED LIABILITY CO | 7100-000 | N/A | 318,000.00 | 318,000.00 | 8,246.39 |
| 7 | PRA RECEIVABLES MANAGEMENT, LLC | 7100-000 | N/A | 303.61 | 303.61 | 7.87 |
| 8 -2 | RADIANCE CAPITAL, LLC | 7100-000 | 77,403.22 | 67,503.22 | 67,503.22 | 1,750.50 |
| 9 | GOOLD PATTERSON ALES & DAY | 7100-000 | 8,200.00 | 7,335.00 | 7,335.00 | 190.21 |
| 10 | FIA CARD SERVICES, N.A. | 7100-000 | 13,475.57 | 13,577.65 | 13,577.65 | 352.10 |
| 11 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | 128.57 | 156.83 | 156.83 | 4.07 |
| 12 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | 341.36 | 248.09 | 248.09 | 6.43 |
| 13 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | 202.47 | 118.46 | 118.46 | 3.07 |
| 14 -3 | GARY AND MARY ALICE BANKS | 7100-000 | unknown | 102,529.70 | 102,529.70 | 2,658.80 |
| 16 | JAMD, LLC, A NEVADA LIMITED LIABILITY CO | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| NOTFILED | Dispatch Pest Control | 7100-000 | 60.00 | N/A | N/A | 0.00 |
| NOTFILED | Farmers Insurance Exchange | 7100-000 | 738.10 | N/A | N/A | 0.00 |
| NOTFILED | Cascade at Mountains Edge | 7100-000 | 1,080.00 | N/A | N/A | 0.00 |
| NOTFILED | Farmers Insurance Exchange | 7100-000 | 703.60 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 74.84 | N/A | N/A | 0.00 |
| NOTFILED | GEMB / Sams Club | 7100-000 | 200.08 | N/A | N/A | 0.00 |
| NOTFILED | Nevada Power | 7100-000 | 345.20 | N/A | N/A | 0.00 |
| NOTFILED | Southwest Gas Corporation | 7100-000 | 181.05 | N/A | N/A | 0.00 |
| NOTFILED | JAMD, LLC, a Nevada limited liability co | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Kelly Short | 7100-000 | 1,584.00 | N/A | N/A | 0.00 |
| NOTFILED | GEMB / Wal-Mart | 7100-000 | 46.98 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$111,425.93** | **$516,516.06** | **$516,516.06** | **$13,394.31** |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 09-12520  
**Case Name:** HOLLAND, DANIEL PAUL  

**Period Ending:** 03/11/15

**Trustee:** (480023) David A. Rosenberg, Trustee  
**Filed (f) or Converted (c):** 04/13/11 (c)  
**§341(a) Meeting Date:** 05/13/11  
**Claims Bar Date:** 10/13/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | 9716 Salem Mountain Court, Las Vegas, NV 89178<br>Order authorizing employment of real estate agent for estate entered 7/18/2012 [Doc 186]<br>motion to sell filed 3/4/2013 [Doc 203]<br>opposition filed 3/21/2013 [Doc 215]<br>Conditional order to sell entered 05/29/2013 [Doc 219]<br>Order entered 8/29/2013 [Doc 222] | 450,000.00 | 0.00 | | 351,291.88 | FA |
| 2 | 4609 Sergeant Court, North Las Vegas, NV 89031-2<br>No value to estate | 264,500.00 | 0.00 | | 0.00 | FA |
| 3 | Holiday Hills, Lot 2, Block F, Cape Fair, MO 656<br>No value to estate | 20,000.00 | 20,000.00 | | 0.00 | FA |
| 4 | Cash on hand<br>No value to estate | 50.00 | 0.00 | | 0.00 | FA |
| 5 | Bank of America 2200 E Warm Springs Rd. Las Vega<br>No value to estate | 3,000.00 | 0.00 | | 0.00 | FA |
| 6 | Bank of America 2060 N Las Vegas Blvd. North Las<br>No value to estate | 700.00 | 0.00 | | 0.00 | FA |
| 7 | TVs, furniture, laptops, printer, household good<br>No value to estate | 6,430.00 | 0.00 | | 0.00 | FA |
| 8 | Music equipment<br>No value to estate | 500.00 | 0.00 | | 0.00 | FA |
| 9 | Art objects, pictures, sculptures, compact discs<br>No value to estate | 1,000.00 | 0.00 | | 0.00 | FA |
| 10 | Clothing<br>No value to estate | 1,000.00 | 0.00 | | 0.00 | FA |
| 11 | Jewelry<br>No value to estate | 2,000.00 | 0.00 | | 0.00 | FA |
| 12 | Golf clubs, tools / work shop<br>No value to estate | 600.00 | 0.00 | | 0.00 | FA |
| 13 | 401K Merrill Lynch- Converted from Wal-Mart prof<br>No value to estate | 87,096.00 | 0.00 | | 0.00 | FA |
| 14 | Interest in Kidz Rule, LLC Closed on 01/11/2009<br>No value to estate | 0.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-12520  **Trustee:** (480023) David A. Rosenberg, Trustee
**Case Name:** HOLLAND, DANIEL PAUL  **Filed (f) or Converted (c):** 04/13/11 (c)
**§341(a) Meeting Date:** 05/13/11
**Period Ending:** 03/11/15  **Claims Bar Date:** 10/13/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 15  Stipulation for liquidation value  Stipulation - 5/24/2012 [Doc 184] | 0.00 | 12,000.00 | | 12,000.00 | FA |
| 16  Office equipment  No value to estate | 400.00 | 0.00 | | 0.00 | FA |
| Int  INTEREST  (u) | Unknown | N/A | | 0.18 | FA |
| 17  Assets  Totals (Excluding unknown values) | **$837,276.00** | **$32,000.00** | | **$363,292.06** | **$0.00** |

**Major Activities Affecting Case Closing:**

Approval of TDR by USTO
Approval of TFR by USTO
File amended TFR upon Check being returned from claim 8-2
UST Approved TFR 5/14/2014 Hearing set for 6/26/2014
Approval of TFR by USTO

**Initial Projected Date Of Final Report (TFR):**    May 13, 2013      **Current Projected Date Of Final Report (TFR):**    October 16, 2014  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 09-12520  
**Case Name:** HOLLAND, DANIEL PAUL  
**Taxpayer ID #:** **-***0390  
**Period Ending:** 03/11/15

**Trustee:** David A. Rosenberg, Trustee (480023)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******20-65 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/08/11 | {15} | Daniel Holland | Acct #15; Payment #1 | 1129-000 | 1,000.00 | | 1,000.00 |
| 08/04/11 | {15} | Daniel Holland | Acct #15; Payment #2 | 1129-000 | 1,000.00 | | 2,000.00 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 2,000.01 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,975.01 |
| 09/12/11 | {15} | Daniel Holland | Acct #15; Payment #3 | 1129-000 | 1,000.00 | | 2,975.01 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,975.03 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,950.03 |
| 10/10/11 | {15} | Daniel Holland | Acct #15; Payment #4 | 1129-000 | 1,000.00 | | 3,950.03 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 3,950.06 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,925.06 |
| 11/07/11 | {15} | Daniel Holland | Acct #15; Payment #5 | 1129-000 | 1,000.00 | | 4,925.06 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,925.09 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,900.09 |
| 12/12/11 | {15} | Daniel Holland | Acct #15; Payment #6 | 1129-000 | 1,000.00 | | 5,900.09 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,900.13 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,875.13 |
| 01/09/12 | {15} | Daniel Holland | Acct #15; Payment #7 | 1129-000 | 1,000.00 | | 6,875.13 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,875.18 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,850.18 |
| 02/14/12 | {15} | Daniel Holland | Acct #15; Payment #8 | 1129-000 | 1,000.00 | | 7,850.18 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,825.18 |
| 03/08/12 | {15} | Daniel Holland | Acct #15; Payment #9 | 1129-000 | 1,000.00 | | 8,825.18 |
| 03/12/12 | | Daniel Holland | Acct #15; Payment #10, 11, 12 | | 3,000.00 | | 11,825.18 |
| | {15} | | Acct #15; Payment #10    1,000.00 | 1129-000 | | | 11,825.18 |
| | {15} | | Acct #15; Payment #11    1,000.00 | 1129-000 | | | 11,825.18 |
| | {15} | | Acct #15; Payment #12    1,000.00 | 1129-000 | | | 11,825.18 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,800.18 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,775.18 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 26.54 | 11,748.64 |
| 06/08/12 | 1001 | David A. Rosenberg | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/08/2012 FOR CASE #09-12520, Bond #016048576 Voided on 06/08/12 | 2300-000 | | 7.56 | 11,741.08 |
| 06/08/12 | 1001 | David A. Rosenberg | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/08/2012 FOR CASE #09-12520, Bond #016048576 Voided: check issued on 06/08/12 | 2300-000 | | -7.56 | 11,748.64 |

Subtotals :        $12,000.18        $251.54

{} Asset reference(s)

Printed: 03/11/2015 11:09 AM    V.13.15

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 09-12520 | | Trustee: | David A. Rosenberg, Trustee (480023) |
|---|---|---|---|---|
| Case Name: | HOLLAND, DANIEL PAUL | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | ****-******20-65 - Checking Account |
| Taxpayer ID #: | **-***0390 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 03/11/15 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/08/12 | 1002 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/08/2012 FOR CASE #09-12520, Bond #016048576 | 2300-000 | | 7.56 | 11,741.08 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,716.08 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.60 | 11,690.48 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,665.48 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,640.48 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 26.23 | 11,614.25 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,589.25 |
| 12/13/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001048002388 20121213 | 9999-000 | | 11,589.25 | 0.00 |
| | | | ACCOUNT TOTALS | | 12,000.18 | 12,000.18 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 11,589.25 | |
| | | | Subtotal | | 12,000.18 | 410.93 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $12,000.18 | $410.93 | |

{} Asset reference(s)

Exhibit 9

## Form 2

Page: 3

### Cash Receipts And Disbursements Record

**Case Number:** 09-12520  
**Case Name:** HOLLAND, DANIEL PAUL  
**Taxpayer ID #:** **-***0390  
**Period Ending:** 03/11/15  

**Trustee:** David A. Rosenberg, Trustee (480023)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1266 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 12/14/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | | 9999-000 | 11,589.25 | | 11,589.25 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 15.51 | 11,573.74 |
| 01/21/13 | 11003 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/21/2013 FOR CASE #09-12520, Bond #016048576 | | 2300-000 | | 8.78 | 11,564.96 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 18.30 | 11,546.66 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 15.50 | 11,531.16 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 16.03 | 11,515.13 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 17.66 | 11,497.47 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 17.08 | 11,480.39 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 15.41 | 11,464.98 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 18.13 | 11,446.85 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 16.46 | 11,430.39 |
| 09/13/13 | | Stewart Title Company | Proceeds from sale of real property | | | 316,041.93 | | 327,472.32 |
| | {1} | | Contract Sales Price | 339,800.00 | 1110-000 | | | 327,472.32 |
| | {1} | | County taxes | 157.32 | 1110-000 | | | 327,472.32 |
| | {1} | | Sewer | 13.17 | 1110-000 | | | 327,472.32 |
| | {1} | | HOA dues | 50.00 | 1110-000 | | | 327,472.32 |
| | {1} | | HOA dues | 59.18 | 1110-000 | | | 327,472.32 |
| | | | Title Insurance | -1,400.00 | 2500-000 | | | 327,472.32 |
| | | | Assessments | -338.53 | 2500-000 | | | 327,472.32 |
| | | | Commission to Realty One Group | -10,194.00 | 3510-000 | | | 327,472.32 |
| | | | Commission to RE/MAX Advantage | -10,194.00 | 3510-000 | | | 327,472.32 |
| | | | Closing fee | -450.00 | 2500-000 | | | 327,472.32 |
| | | | Recording fee | -49.00 | 2500-000 | | | 327,472.32 |
| | | | HOA dues | -110.00 | 2500-000 | | | 327,472.32 |
| | | | HOA transfer fee | -100.00 | 2500-000 | | | 327,472.32 |
| | | | Homewise Service fee | -18.00 | 2500-000 | | | 327,472.32 |
| | | | HOA dues | -90.00 | 2500-000 | | | 327,472.32 |
| | | | HOA transfer fee | -125.00 | 2500-000 | | | 327,472.32 |
| | | | Resale disclosure fee | -160.00 | 2500-000 | | | 327,472.32 |
| | | | Working cap assess | -200.00 | 2500-000 | | | 327,472.32 |
| | | | Sewer | -59.28 | 2500-000 | | | 327,472.32 |
| | | | Trash | -89.91 | 2500-000 | | | 327,472.32 |

Subtotals :    $327,631.18    $158.86

{} Asset reference(s)    Printed: 03/11/2015 11:09 AM    V.13.15

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 09-12520 | Trustee: | David A. Rosenberg, Trustee (480023) |
|---|---|---|---|
| Case Name: | HOLLAND, DANIEL PAUL | Bank Name: | Rabobank, N.A. |
| | | Account: | ******1266 - Checking Account |
| Taxpayer ID #: | **-***0390 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 03/11/15 | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Trash overage    -460.02 | 2500-000 | | | 327,472.32 |
| 09/13/13 | {1} | Stewart Title Company | Proceeds from sale of real property - Trash overage | 1110-000 | 460.02 | | 327,932.34 |
| 09/13/13 | {1} | Stewart Title Company | Trustee Carveout from sale of real property | 1110-000 | 10,000.00 | | 337,932.34 |
| 09/27/13 | 11004 | David A. Rosenberg, Trustee | Claim allowed per Court Order entered 8/29/2013 [Doc 222] | 2100-000 | | 5,000.00 | 332,932.34 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 156.77 | 332,775.57 |
| 10/01/13 | {1} | Stewart Title Company | Additional funds to be disbursed to SS Lender | 1110-000 | 752.19 | | 333,527.76 |
| 10/01/13 | | NationStar Mortgage | Claim allowed per Court Order entered 8/29/2013 [Doc 13]; 9716 Salem Mountain Court, Las Vegas, NV 89178; Loan #0596648799 | 4110-000 | | 317,254.14 | 16,273.62 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 78.36 | 16,195.26 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.73 | 16,173.53 |
| 12/05/13 | 11005 | Robert W. Meissner, LLC | Claim allowed per Court Order entered 8/29/2013 [Doc 222] - 9716 Salem Mountain Voided on 12/10/13 | 3520-000 | | 1,534.69 | 14,638.84 |
| 12/10/13 | 11005 | Robert W. Meissner, LLC | Claim allowed per Court Order entered 8/29/2013 [Doc 222] - 9716 Salem Mountain Voided: check issued on 12/05/13 | 3520-000 | | -1,534.69 | 16,173.53 |
| 06/27/14 | 11006 | DISCOVER BANK | Dividend paid   0.18% on $3,045.33; Claim# 2; Filed: $3,045.33; Reference: | 7100-000 | | 5.71 | 16,167.82 |
| 06/27/14 | 11007 | CHASE BANK USA NA | Dividend paid   0.18% on $3,698.17; Claim# 4; Filed: $3,698.17; Reference: | 7100-000 | | 6.94 | 16,160.88 |
| 06/27/14 | 11008 | JAMD, LLC, A NEVADA LIMITED LIABILITY CO | Dividend paid   0.18% on $318,000.00; Claim# 5 -2; Filed: $318,000.00; Reference: | 7100-000 | | 596.45 | 15,564.43 |
| 06/27/14 | 11009 | RADIANCE CAPITAL, LLC | Dividend paid   0.18% on $6,750,322.00; Claim# 8 -2; Filed: $6,750,322.00; Reference: Stopped on 07/22/14 | 7100-000 | | 12,661.11 | 2,903.32 |
| 06/27/14 | 11010 | GOOLD PATTERSON ALES & DAY | Dividend paid   0.18% on $7,335.00; Claim# 9; Filed: $7,335.00; Reference: Stopped on 09/30/14 | 7100-000 | | 13.76 | 2,889.56 |
| 06/27/14 | 11011 | FIA CARD SERVICES, N.A. | Dividend paid   0.18% on $13,577.65; Claim# 10; Filed: $13,577.65; Reference: | 7100-000 | | 25.47 | 2,864.09 |
| 06/27/14 | 11012 | GARY AND MARY ALICE BANKS | Dividend paid   0.18% on $102,529.70; Claim# 14 -3; Filed: $102,529.70; Reference: | 7100-000 | | 192.31 | 2,671.78 |
| 06/27/14 | 11013 | David A. Rosenberg, Trustee | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 2,670.23 | 1.55 |

Subtotals :    $11,212.21    $338,682.98

{} Asset reference(s)

Exhibit 9

## Form 2

Page: 5

## Cash Receipts And Disbursements Record

**Case Number:** 09-12520  
**Case Name:** HOLLAND, DANIEL PAUL  
**Taxpayer ID #:** **-***0390  
**Period Ending:** 03/11/15  

**Trustee:** David A. Rosenberg, Trustee (480023)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1266 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Dividend paid 100.00%   1,950.00 on $6,950.00;  Claim# ; Filed: $21,414.60 | 2100-000 | | | 1.55 |
| | | | Dividend paid 100.00%   720.23 on $720.23;  Claim# ; Filed: $720.23 | 2200-000 | | | 1.55 |
| 06/27/14 | 11014 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | 7100-000 | | 0.57 | 0.98 |
| 06/27/14 | 11015 | CAPITAL ONE BANK (USA), N.A. | Combined Check for Claims#11,12,13 | | | 0.98 | 0.00 |
| | | | Dividend paid  0.18% on    0.29 $156.83;  Claim# 11; Filed: $156.83 | 7100-000 | | | 0.00 |
| | | | Dividend paid  0.18% on    0.47 $248.09;  Claim# 12; Filed: $248.09 | 7100-000 | | | 0.00 |
| | | | Dividend paid  0.18% on    0.22 $118.46;  Claim# 13; Filed: $118.46 | 7100-000 | | | 0.00 |
| 07/22/14 | 11009 | RADIANCE CAPITAL, LLC | Dividend paid  0.18% on $6,750,322.00; Claim# 8 -2; Filed: $6,750,322.00; Reference: Stopped: check issued on 06/27/14 | 7100-000 | | -12,661.11 | 12,661.11 |
| 09/30/14 | 11010 | GOOLD PATTERSON ALES & DAY | Dividend paid  0.18% on $7,335.00; Claim# 9; Filed: $7,335.00; Reference: Stopped: check issued on 06/27/14 | 7100-000 | | -13.76 | 12,674.87 |
| 09/30/14 | 11016 | U.S. Bankruptcy Court | REISSUED CHECK FROM STALE CHECK PROCESSING Voided on 10/01/14 | 7100-001 | | 13.76 | 12,661.11 |
| 10/01/14 | 11016 | U.S. Bankruptcy Court | REISSUED CHECK FROM STALE CHECK PROCESSING Voided: check issued on 09/30/14 | 7100-001 | | -13.76 | 12,674.87 |
| 11/18/14 | 11017 | David A. Rosenberg, Trustee | Dividend paid 100.00% on $829.22, Trustee Expenses;  Reference: | 2200-000 | | 108.99 | 12,565.88 |
| 11/18/14 | 11018 | DISCOVER BANK | Dividend paid  2.59% on $3,045.33; Claim# 2; Filed: $3,045.33; Reference: | 7100-000 | | 73.26 | 12,492.62 |
| 11/18/14 | 11019 | CHASE BANK USA NA | Dividend paid  2.59% on $3,698.17; Claim# 4; Filed: $3,698.17; Reference: | 7100-000 | | 88.96 | 12,403.66 |
| 11/18/14 | 11020 | JAMD, LLC, A NEVADA LIMITED LIABILITY CO | Dividend paid  2.59% on $318,000.00; Claim# 5 -2; Filed: $318,000.00; Reference: | 7100-000 | | 7,649.94 | 4,753.72 |
| 11/18/14 | 11021 | PRA RECEIVABLES MANAGEMENT, LLC | Dividend paid  2.59% on $303.61; Claim# 7; Filed: $303.61; Reference: | 7100-000 | | 7.30 | 4,746.42 |

Subtotals :     $0.00     $-4,744.87

{} Asset reference(s)  
Printed: 03/11/2015 11:09 AM     V.13.15

Exhibit 9

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 09-12520 | **Trustee:** | David A. Rosenberg, Trustee (480023) | |
| **Case Name:** | HOLLAND, DANIEL PAUL | **Bank Name:** | Rabobank, N.A. | |
| | | **Account:** | ******1266 - Checking Account | |
| **Taxpayer ID #:** | **-***0390 | **Blanket Bond:** | $5,000,000.00  (per case limit) | |
| **Period Ending:** | 03/11/15 | **Separate Bond:** | N/A | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/18/14 | 11022 | RADIANCE CAPITAL, LLC | Dividend paid  2.59% on $67,503.22; Claim# 8 -2; Filed: $67,503.22; Reference: | 7100-000 | | 1,750.50 | 2,995.92 |
| 11/18/14 | 11023 | GOOLD PATTERSON ALES & DAY | Dividend paid  2.59% on $7,335.00; Claim# 9; Filed: $7,335.00; Reference: | 7100-000 | | 190.21 | 2,805.71 |
| 11/18/14 | 11024 | FIA CARD SERVICES, N.A. | Dividend paid  2.59% on $13,577.65; Claim# 10; Filed: $13,577.65; Reference: | 7100-000 | | 326.63 | 2,479.08 |
| 11/18/14 | 11025 | GARY AND MARY ALICE BANKS | Dividend paid  2.59% on $102,529.70; Claim# 14 -3; Filed: $102,529.70; Reference: | 7100-000 | | 2,466.49 | 12.59 |
| 11/18/14 | 11026 | CAPITAL ONE BANK (USA), N.A. | Combined Check for Claims#11,12,13 | | | 12.59 | 0.00 |
| | | | Dividend paid  2.59% on $156.83;  Claim# 11; Filed: $156.83          3.78 | 7100-000 | | | 0.00 |
| | | | Dividend paid  2.59% on $248.09;  Claim# 12; Filed: $248.09          5.96 | 7100-000 | | | 0.00 |
| | | | Dividend paid  2.59% on $118.46;  Claim# 13; Filed: $118.46          2.85 | 7100-000 | | | 0.00 |

| | | | |
|---|---:|---:|---:|
| ACCOUNT TOTALS | 338,843.39 | 338,843.39 | $0.00 |
| Less: Bank Transfers | 11,589.25 | 0.00 | |
| **Subtotal** | 327,254.14 | 338,843.39 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$327,254.14** | **$338,843.39** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---:|---:|---:|
| **Checking # ****-******20-65** | 12,000.18 | 410.93 | 0.00 |
| **Checking # ******1266** | 327,254.14 | 338,843.39 | 0.00 |
| | **$339,254.32** | **$339,254.32** | **$0.00** |